Territorial Law Library

FILED
SUPERIOR COURT
OF GUAM

2013 MAY 29 PM 2: 49

CLERK OF COURT

## IN THE SUPERIOR COURT OF GUAM

| | | |
|---|---|---|
| RAMON A. DE PLATA, | ) | CIVIL CASE NO. DM0113-12 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECISION AND ORDER** |
| vs. | ) | **ON MOTION TO AMEND** |
| | ) | |
| BERNITA R. DE PLATA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena III on September 9, 2013 on Defendant's Motion to Amend. Plaintiff Ramon De Plata was represented by Attorney William Gavras. Defendant was represented by Attorney Seaton M. Woodley, III. After a hearing, the matter was taken under advisement. The Court now issues its Decision and Order.

## BACKGROUND

On July 2, 2013, This Court denied Defendant's Motion to Strike Plaintiff's grounds for divorce. In her Motion to Strike, Defendant unsuccessfully argued that homosexual conduct could not legally constitute adultery under Guam law. On July 11, 2013, Defendant filed a Motion to Amend her Answer to include defenses to adultery. On August 9, 2013, Plaintiff filed his Opposition, arguing Defendant had an obligation to include her defenses at the time of her Answer. Defendant filed her Response to the Opposition on August 13, 2013. For the reasons set forth below, the Court shall grant Defendant's Motion.

## DISCUSSION

Leave to amend pleadings "shall be freely given when justice so requires." Guam R. Civ. P. 15(a). Refusal to grant leave to amend without any justifying

reason is abuse of discretion. See <u>Arashi & Co., Inc. v. Nakashima Enterprises, Inc.</u>, 2005 Guam 21 ¶ 16. Defendant now seeks to assert defenses she did not include in her Answer. While the most prudent course of action on Defendant's part was to assert all defenses from the outset, the Court shall grant Defendant's motion.

## CONCLUSION

For the reasons set forth above, Defendant's Motion to Amend is hereby **GRANTED**. Defendant shall file her Amended Answer by December 20, 2013.

It is **SO ORDERED** this 29th day of November, 2013.

Original Signed By:
Hon. Alberto C. Lamorena III

_____
HONORABLE ALBERTO C. LAMORENA, III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam.

NOV 2 9 2013

Esther I.S. Pinaula
Deputy Clerk, Superior Court of Guam

-2-